AO 91 (Rev. 11/11)  Criminal Complaint (Rev. by USAO on 3/12/20)      ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT

June 8, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CLD___ DEPUTY

United States of America

v.

Elpidio Reyna,

Defendant.

Case No. 2:25-MJ-03510-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 7, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Brittany Radke, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: June 8, 2025 at 9:47 p.m.

*Judge's signature*

City and state: Los Angeles, California

Hon. Jacqueline Chooljian, U.S. Magistrate Judge
*Printed name and title*

AUSA: Max Shapiro x7419

**AFFIDAVIT**

I, Brittany Radke, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Elpidio Reyna ("REYNA" or the "SUBJECT PERSON") for violations of 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer).

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and have been so employed since January 2019. Since July 2019, I have worked with the Crimes Against Children/Human Trafficking unit. Since August 2024, I have been assigned to the Los Angeles Field Office where I have been assigned to the Long Beach Violent Crimes & Major Offenders squad. I have gained experience in violent crime matters by

managing and/or participating in investigations and receiving on-the-job training with more experienced and senior agents.

4. Through my training and experience, I have become familiar with methods used by people who commit offenses involving assault on federal officers and destruction of government property. My training and experience have given me an understanding of how people who commit violent offenses use the internet and digital devices to facilitate, and commit, those offenses.

### III. SUMMARY OF PROBABLE CAUSE

5. On June 7, 2025, federal law enforcement officers made numerous arrests in the area of 6400 Alondra Blvd., Paramount, CA 90723. Deputies of the United States Marshals Service ("USMS") were tasked with assisting in the transport of detainees. When they arrived at the location, they were met with protestors who attempted to impede their activities. When USMS was leaving the area, the SUBJECT PERSON began throwing projectiles, including rocks and improvised explosives, at USMS deputies in their vehicles. While the deputies were not hit, their vehicles were visibly damaged as a result, with dents in the body of the vehicles and broken windows.

6. Several social media posts and other online videos showed one of the individuals that threw the projectiles was a male wearing a black, red, and yellow motorcycle helmet, a "Zacatecas" jersey, Nike shoes, and a wristwatch (the "SUBJECT PERSON"). A Fox11 News video captured the SUBJECT PERSON interacting with a Los Angeles City Councilwoman, and in

parallel, a video captured on the TikTok account "the80sagain" captured the same incident and appeared to be taken by the SUBJECT PERSON.

7. A review of records associated with TikTok account "the80sagain" identified Elpidio REYNA as the SUBJECT PERSON.

## IV. STATEMENT OF PROBABLE CAUSE

8. Unless otherwise indicated, I know the following based on my involvement in the investigation and conversations with other law enforcement agents:

### A. PROTESTORS IMPEDE FEDERAL OFFICERS IN PARAMOUNT, CALIFORNIA BY THROWING PROJECTILES AT AGENTS' VEHICLES

9. Based on information provided to me by the United States Marshalls Service ("USMS"), I know that on June 7, 2025, USMS deputies were tasked with providing prisoner transportation assistance to a joint Immigration and Customs Enforcement ("ICE") and Homeland Security Investigations ("HIS") operation in the vicinity of 6400 Alondra Blvd., Paramount, CA. According to written statements provided by USMS Deputy Kirby and USMS Deputy Cordova, I learned the following:

10. A lead vehicle, transportation bus, and two follow vehicles were part of the convoy. Deputy Kirby was driving the bus and Deputy Cordova was driving the lead vehicle. Upon their arrival, they were met with twenty or more protestors as soon as they exited the freeway onto Alondra Blvd. The situation escalated when individuals in the crowd began throwing projectiles, including rocks, improvised explosives, and

shopping carts. As a result, there was damage to the vehicles, including broken windows and dents in the body of the vehicles.

11. On June 7, 2025, I obtained and reviewed images provided by U.S. Border Protection Officer Gomez, of a laceration to the hand of one of the officers who was an occupant of one of the government vehicles caused by one of the rocks thrown at the vehicle.

12. Based on my conversation with Deputy Kirby, I know that the convoy was leaving the area sometime between 12:45 PM and 1:30 PM.

### B. LAW ENFORCEMENT UTILIZES SOCIAL MEDIA TO IDENTIFY CHARACTERISTICS OF THE SUBJECT PERSON AND OTHER INDIVIDUALS THAT THREW PROJECTILES

13. On June 7, 2025, I reviewed imagery from the TikTok account "sitevo1ution" and observed an individual wearing a black, red, and yellow Fox motorcycle helmet, black shirt, and light-colored pants (the SUBJECT PERSON) throwing what appeared to be rocks or pieces of concrete at clearly marked U.S. Border Protection and other unmarked government vehicles. The SUBJECT PERSON appeared to be standing in the median of the street throwing multiple projectiles towards the driver side of several federal law enforcement vehicles (marked and unmarked) as they passed. It appeared that at least some of the projectiles the SUBJECT PERSON threw were aimed directly at the federal officers driving those law enforcement vehicles.

14. The same day, I also reviewed an image posted by MSN.com of the SUBJECT PERSON and could more clearly observe

that he was wearing a Zacatecas jersey, Nike sneakers, and a wristwatch with dark band and light-colored face.

15. I also reviewed a video posted by Fox11 News on YouTube and observed an individual, wearing the same Zacatecas jersey and wristwatch, briefly engage with a Los Angeles City Councilwoman. In this footage, the individual was wearing what appeared to be a Lakers hat and a mask that covered the lower portion of his face and neck.

16. In another image from user "sweatergxd" who was livestreaming on Kick.com between about 5:30 PM and 6:15 PM, I observed this same individual in the motorcycle helmet squatted on the roof of a burned-out vehicle in the intersection of Atlantic Ave. and Alondra Blvd. in Paramount, CA. In the image he is holding a light-colored cellphone in his hand.

### C. FBI RELEASES A WANTED POSTER FOR THE SUBJECT PERSON AND OBTAINS INFORMATION FROM THE PUBLIC

17. On July 8, 2025, the FBI released a wanted poster with images of the SUBJECT PERSON. Later that same day, X account "NoVA_Campaigns" posted "LA man who threw rocks at @ICEgov possibly ID'd as user of @tiktok_us account "the80sagain," now private. 1st person of his interaction with local LA officials outside Home Depot in Paramount, CA." The post included footage of a single incident from both Fox11, which captured the SUBJECT PERSON'S face and voice, and from "the80sagain," which captured the SUBJECT PERSON'S voice. I reviewed both videos and observed it to be the same person speaking in both videos. In the videos, the SUBJECT PERSON told the Los Angeles City

Councilwoman to get a city vehicle to block the federal vehicles from leaving and that she had the power and authority to do so.

18. A response to the X post by "WoodbridgeGOP" stated "This is the rock thrower recording with his phone but no face shot. You can see he has a tattoo on his left arm that says Carmen." The post included the aforementioned video from "the80sagain" in which the SUBJECT PERSON'S arm is visible with a tattoo that says "Carmen."[1]

### D. ELPIDIO REYNA IS IDENTIFIED AS THE SUBJECT PERSON

19. I reviewed records provided by TikTok in response to an emergency disclosure request for "the80sagain" and observed that the phone number attached to the account was "+15625284422" (the "4422 Number").

20. On June 8, 2025, an FBI agent searched a publicly available database for information associated with the 4422 Number and discovered that the number was associated with REYNA at an address in Compton, California.

21. I reviewed records provided by T-Mobile in response to an emergency disclosure request for the 4422 Number and observed that the subscriber for the phone number was "Peti Reina," at the same address in Compton, California. The IMEI for the phone number was "352013870899371."

---

[1] On June 8, 2025, an FBI employee conducted a database search of insurance claims for REYNA in Compton, CA, and located a record from November 2009 in which REYNA was listed was the insured driver on a policy where "Carmena Vela," was listed as an additional insured person living at the same address as REYNA.

22. On June 8, 2025, an FBI employee conducted an open-source query for IMEI "352013870899371," and observed that it was for a phone visually similar to the one in the SUBJECT PERSON'S hand in the livestream recorded by "sweatergxd."

23. Based on records provided by T-Mobile in response to an emergency disclosure request, an FBI employee trained in cell-site analysis conducted analysis and generated a report for records for the 4422 Number. I reviewed the report and observed that between 1:30 p.m. and 2:00 p.m., the 4422 Number was in the vicinity of 6400 Alondra Blvd., Paramount, CA 90723, the same area where the SUBJECT PERSON threw projectiles at federal law enforcement officers in their vehicles.

## V. CONCLUSION

24. For all of the reasons described above, there is probable cause to believe that REYNA has committed a violation of 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 8th day of June,
2025 at 9:47 p.m.

_____
HON. JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE